# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2005

_____

Phillip J. Oakes

*Plaintiff - Appellant*

v.

Kaye Howell, Warden, Randall Williams Correctional Facility, Arkansas
Department of Correction; Ray Hobbs, Director, Arkansas Department of
Correction; Wendy Kelley, Deputy Director, Arkansas Department of Correction;
George Wilson, Director, Corizon Inc.; Judith Savoy, Director of Nurses, Corizon Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 22, 2013
Filed: December 16, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Phillip Oakes appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action for damages, asserting a claim of deliberate indifference to his serious medical needs. After careful de novo review, *see Sutherland v. Mo. Dep't of Corr.*, 580 F.3d 748, 750 (8th Cir. 2009) (standard of review), we find no basis for reversal, and accordingly we affirm, *see* 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.